# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: ESTATE OF MARY H.
HENDERSON

PETITION OF: ARNIE STEINBERG

:  No. 23 WAL 2024
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.